IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURJIT OJLA and HARJIT BHAMBRA,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and JOHN A. DACOSTA,<br><br>    Defendants.<br>_____/ | No. 10-02903 CW<br><br>ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

    On July 9, 2010, Defendant State Farm Mutual Automobile Insurance Company moved to dismiss Plaintiffs Surjit Ojla and Harjit Bhambra's complaint.  On July 12, 2010, Plaintiffs' action was reassigned to the undersigned judge.  Thereafter, the hearing on Defendant's motion was rescheduled to September 16, 2010.

    Plaintiffs failed to file an opposition, which was due August 26, 2010.  Plaintiffs shall file an opposition by September 9, 2010, or their case will be dismissed for failure to prosecute.  If an opposition is filed, Defendant's reply shall be due one week thereafter.  Defendant's motion will be taken under submission on the papers.  The Court VACATES the hearing set for September 16, 2010.

    IT IS SO ORDERED.

Dated: September 1, 2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURJIT OJLA and HARJIT BHAMBRA,<br><br>            Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and JOHN A. DACOSTA,<br><br>            Defendants.                                    / | Case Number: CV10-02903 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Harjit  Bhambra
127 Bonaire Avenue
Hercules,  CA 94547

Surjit  Ojla
127 Bonaire Avenue
Hercules,  CA 94547

Dated: September 1, 2010

                              Richard W. Wieking, Clerk
                              By: MP, Deputy Clerk